**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@aikenschenk.com
E-Mail: ham@aikenschenk.com
D. Lamar Hawkins – 013251
Heather A. Macre - 026625
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| VICTOR LOZADA GRANADO, | Case No. 4:17-bk-14574-BMW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
| Address: 108 E. 8th St. Eloy, AZ 85131 | |
| Social Security No.: xxx-xx-8823 | |

Please take notice that the firm of Aiken Schenk Hawkins & Ricciardi P.C. hereby appears in this matter as counsel for the Debtor, Victor Lozada Granado, and requests that the undersigned attorneys be placed on the mailing matrix filed by the Debtor in this case and that all notices and other pleadings required to be served on the above parties in this case be served on counsel at the address set forth below:

D. Lamar Hawkins dlh@ashrlaw.com
Heather A. Macre ham@ashrlaw.com
Aiken Schenk Hawkins & Ricciardi P.C.
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016

Please take further notice that this request includes all notices required under the Bankruptcy Code and Bankruptcy Rules.

939640.1

1

DATED this 13th day of November, 2018.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By _____
D. Lamar Hawkins
Heather A. Macre
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016
Attorneys for Debtors

COPY of the foregoing mailed, or served via electronic notification* if so marked, this 13th day of November, 2018, to:

Stanley J. Kartchner
7090 N. Oracle Rd. #178-204
Tucson, AZ 85704
*Chapter 7 Trustee*

Adam Nach* adam.nach@lane-nach.com
Lane & Nach, P.C.
2001 E. Campbell, Ste. 103
Phoenix, AZ 85016
*Attorneys for Chapter 7 Trustee*

Sonna Rose

2

939640.1